UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DANIEL BENJAMIN,<br>Plaintiff,<br>v.<br>P. HORN, et al.,<br>Defendants. | Case No.: 1:26-cv-05677-EGC (PC)<br>**ORDER DENYING PLAINTIFF'S MOTION FOR JURY DEMAND AS MOOT**<br>(Doc. 10) |

Plaintiff Christopher Daniel Benjamin is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. DISCUSSION**

On September 11, 2026, Plaintiff filed an untitled document addressed to the Clerk of the Court; it was docketed as a "Motion for Jury Demand." (*See* Doc. 10.) Plaintiff states he "notices there isn't a Jury Demand for Trial" and states he "would like a jury trial in this matter should there be one" and "would like to change this option to a jury trial and or Jury Demand to Jury Trial." (*Id.*)

Plaintiff's motion will be denied as moot. The Court observes Plaintiff's complaint filed July 21, 2026, demands a jury trial. (*See* Doc. 1 at 7.) Therefore, no further action is required. To the extent Plaintiff believes the docket for this action should include reference to his demand for a jury trial, he is mistaken. At this stage, no such notation will appear on the docket.

As Plaintiff has been previously advised,[1] his complaint must be screened pursuant to 28 U.S.C. 1915A(a). Plaintiff's complaint is one of dozens pending screening on the undersigned's prisoner civil rights caseload. And, as Plaintiff has also been previously advised,[2] this Court is one of the busiest district courts in the nation and is presently experiencing a judicial emergency. Until the Court issues a screening order, no further action by Plaintiff is necessary. This action will proceed past screening only if the Court determines the complaint, or any future amended complaint, states a claim or claim upon which relief can be granted. Plaintiff's complaint will be screened in due course.

**II. CONCLUSION AND ORDER**

Accordingly, Plaintiff's motion for jury demand (Doc. 10) is **DENIED** as moot.

IT IS SO ORDERED.

Dated: **September 16, 2026**

UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Doc. 3 at 3-4 (III. SCREENING OF COMPLAINTS) & Doc. 9 at 2 ("Plaintiff's complaint will be screened in due course. No further action is required until the Court issues a screening order").

[2] *See* Doc. 9 at 2 & n.2.